Earl Sutherland
Preg O'Donnell & Gillett, PLLC
1800 9th Avenue, Suite 1500
Seattle, WA 98101
(206) 287-1775
(206) 287-9113 Fax

Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

MALONI SEYFARTH; and all others similarly situated,

    Plaintiff(s),

v.

REESE LAW GROUP, P.L.C.; FORD MOTOR CREDIT COMPANY, LLC; HARLAN M. REESE and JANE DOE REESE, husband and wife,

    Defendant(s).

NO. C09 5727 BHS

STIPULATED MOTION FOR CONTINUANCE OF FAIRNESS HEARING AND RELATED DATES

### STIPULATION

The parties to this case, by and through the undersigned attorneys of record, make the following stipulation and agreement pursuant to Local CR 10(g) to modify certain deadlines in the Order of Preliminary Approval of Class Settlement (document no. 56, 9/3/13, "Preliminary Approval Order") as detailed below for the following reasons.

STIPULATED MOTION FOR CONTINUANCE OF
FAIRNESS HEARING AND RELATED DATES - 1
10217-0026 5155870.doc

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

This stipulation asks the Court to set a new date for the hearing to give final approval to the Class Settlement, presently set for December 9, 2013. Pursuant to Local CR 10(g), the following explanation is in order. The extension of the deadlines is necessary to ensure the best practicable notice to the class members and opportunity to be heard.

Under section 13 of the Preliminary Approval Order the Reese defendants were obliged to provide counsel for the parties and the Class Administrator with the names and addresses of the class members. The Reese Defendants did provide the list of all class members to class counsel, but the class counsel and counsel for Reese defendants have not been able to complete an analysis of which of the class members should be included in either of the two sub-classes spelled out in the preliminary approval order at section 1 (and all of its sub-paragraphs and parts).

This determination requires calculation of judgment amounts and analysis of the payment history of over 200 class members, eliminating challenged attorney fees and costs, and re-calculating the amounts owed. It also involves application of the exceptions to the sub-class membership set forth in that first section of the agreement.

- The class counsel and counsel for Reese Defendants have conferred and stipulate that the final calculations analysis and **agreement as to the membership of the sub-classes from the class members identified can be done by or before December 16, 2013.**

- Within seven (7) days of that date, **on or before December 23, 2013, the Reese defendants shall pay to the Class Administrator the fees and costs** as required by section 12 (and section 14) of the Preliminary Approval Order. The Class Administrator at that time will take the actions specified in section 12 of the Preliminary Order.

STIPULATED MOTION FOR CONTINUANCE OF
FAIRNESS HEARING AND RELATED DATES - 2
10217-0026 5155870.doc

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

As a result of the re-setting of this deadline, other deadlines are affected. Under the Preliminary Approval Order, notice was to be mailed within twenty-one (21) days of the receipt of the class list by the Class Administrator.

- To account for the two short holiday weeks following the receipt by the Class Administrator of the Class Lists, the parties stipulate that the **Notice shall be mailed by the Class Administrator on or before January 17, 2013**.

Based on the foregoing deadlines, the parties have projected dates for class members' responses to coincide with the time frames spelled out by the court in its Preliminary Approval Order. Thus:

- **The deadline for class members to opt out shall be on or before February 27, 2014.**
- **Motions to intervene shall be filed on or before February 27, 2014.**
- **Objections to the proposed settlement shall be filed with the Clerk on or before February 27, 2014.**
- **The final fairness hearing shall be conducted on March 17, ~~2013~~ 2014, @ 1:30AM in the courtroom of Judge Settle.**

The foregoing changes are necessary to provide notice consistent with due process, FRCP 23 and the best practicable notice to the class members under the circumstances.

Dated this 27th day of November, 2013:

PREG O'DONNELL & GILLETT PLLC

By /s/ Earl Sutherland, VIA ECF
Earl Sutherland, WSBA #23928
Attorneys for Defendants Reese Law Group, P.L.C. and Harlan M. Reese and Jane Doe Reese

STIPULATED MOTION FOR CONTINUANCE OF
FAIRNESS HEARING AND RELATED DATES - 3
10217-0026 5155870.doc

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  MICHAEL D. KINKLEY, P.S.

2
   By /s/ Michael D. Kinkley, VIA ECF
3      Michael D. Kinkley, Esq., WSBA #11624
   Attorneys for Plaintiff Maloni Seyfarth
4

5  MILLS MEYERS SWARTLING

6
   By /s/ Stephania C. Denton, VIA ECF
7      Stephania C. Denton, Esq., WSBA #21920
       Scott M. Ellerby, Esq., WSBA #16277
8  Attorneys for Defendant Motor Credit Company,
   LLC
9

10
                       **ORDER**
11
       IT IS SO ORDERED this __2__ day of __December__, 2013.
12

13                              _____
                                Honorable Benjamin H. Settle
14                              U.S. District Court, Western District Judge

15 Presented by:

16 PREG O'DONNELL & GILLETT PLLC

17
   By /s/ Earl Sutherland, VIA ECF
18    Earl Sutherland, WSBA #23928
   Attorneys for Defendants Reese Law Group, P.L.C.
19 and Harlan M. Reese and Jane Doe Reese

20

21

22

23

24

25

STIPULATED MOTION FOR CONTINUANCE OF
FAIRNESS HEARING AND RELATED DATES - 4
10217-0026 5155870.doc

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113