UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MALONI SEYFARTH; and all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> REESE LAW GROUP, P.L.C.; FORD MOTOR CREDIT COMPANY, LLC; HARLAN M. REESE and JANE DOE REESE, husband and wife, <br><br> Defendant(s). | Case No.: C09 5727 BHS <br><br> STIPULATED MOTION & ORDER FOR CONTINUANCE OF FAIRNESS HEARING |

## STIPULATION

The parties to this case, by and through the undersigned attorneys of record, make the following stipulation and agreement pursuant to Local CR 10(g) to modify the fairness hearing date currently scheduled for March 17, 2014.

Kirk D. Miller of Kirk D. Miller, P.S., newly associated counsel for the Plaintiff, requires additional time to prepare for the hearing and submit appropriate documents. Counsel have conferred and agree to the hearing being rescheduled for April 14th, 2014 at 1:30 p.m. in courtroom E before Judge Benjamin H. Settle.

DATED this 13th day of March, 2014.

| | |
|---|---|
| *Kirk D. Miller, P.S.* | *Michael D. Kinkley, P.S.* |
| /s Kirk D. Miller | /s Michael D. Kinkley |
| Kirk D. Miller, WSBA #40025<br>Attorney for Plaintiff Seyfarth | Michael D. Kinkley, WSBA #11624<br>Attorney for Plaintiff Seyfarth |
| *Mills Meyers Swartling* | *Preg O'Donnell & Gillett PLLC* |
| /s Stephanie C. Denton | /s Earl Sutherland |
| Stephanie C. Denton, Esq.<br>WSBA #21920<br>Attorney for Defendant Ford Motor Credit Company, LLC | Earl Sutherland, WSBA #23928<br>Attorney for Defendants Reese Law Group, PLC and Harlan M. Reese and Jane Doe Reese |

### ORDER

IT IS SO ORDERED this 17th day of March, 2014.  Counsel for Plaintiffs will provide notice of the new hearing date to all class members.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s Kirk D. Miller
Kirk D. Miller, WSBA 40025
Attorney for Plaintiff Seyfarth

STIPULATED MOTION & ORDER FOR
CONTINUANCE OF FAIRNESS HEARING
- 2

Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494