UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALONI SEYFARTH; and all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>REESE LAW GROUP, P.L.C.; FORD MOTOR CREDIT COMPANY, LLC; HARLAN M. REESE and JANE DOE REESE, husband and wife,<br><br>Defendant(s). | Case No.: C09 5727 BHS<br><br>ORDER OF FINAL APPROVAL |

In compliance with the Court's Order (ECF No. 64), notice was given of the Final Approval Hearing set for April 14, 2014, at 1:30 PM. The March 17, 2014, hearing was continued to April 14, 2014, after new counsel for Plaintiff associated. A Notice of Proposed Class Action Settlement ("Notice") as approved by this Court was mailed to potential class members at their last known address. On January 16, 2014, Notice was mailed by First Class, Inc. via first class mail, postage prepaid, to those persons whom Defendants, class counsel and the class administrator were able to identify as class members. The Notice apprised class members of their right to exclude themselves ("opt out") or object to or comment on the



Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494

Settlement, intervene, and of class counsel's request for attorney's fees and expenses. Class administrator reports receiving one hundred twenty-four (124) notices returned as undeliverable. No class members chose to opt-out. No class members have objected or intervened. Two class member called to discuss the case with questions that were answered to her satisfaction. One class member indicated an intent to address the Court at the final fairness hearing.

The last day for the class members to opt out, object, or intervene was February 27, 2014. There were no requests to intervene, object or opt out of the class settlement.

IT IS HEREBY ORDERED that:

1. This Court has jurisdiction over the claims of class members asserted in this action and over all parties to the action.

2. The class members to whom this Final Order and Judgment applies and binds are described as follows: All persons in the state of Washington against whom a writ of garnishment was served by Reese Law Group, P.L.C. and/or Harlan Reese based on a judgment in favor of Ford Motor Credit, Co. between November 24, 2008, and the present.

3. The Class Settlement Agreement is APPROVED and Final Approval of the class settlement is GRANTED.

4. The Notice, given to the members of the class, fully and accurately informed the class members of all material elements of the proposed Settlement and their opportunity to participate in or be excluded from it; was the best notice practicable under the circumstances; was valid, due, and sufficient notice to all class members; and complied fully with Fed. R. Civ. P. 23, the United States Constitution, due process, and other applicable law. No class member filed



Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494

objections with the Court. The class was afforded a full opportunity to participate in the Fairness Hearing. Accordingly, the Court determines that all members of the class who have not timely elected to opt out from the class in the manner described in the Notice are included in the class and are bound by this Order and Judgment.

5. The Court finds that, for the reasons set forth in the Preliminary Order and the submissions of the parties, all applicable requirements of Fed. R. Civ. P. 23 have been satisfied with respect to the class and settlement of its claim and that the class settlement is fair, adequate, and reasonable.

6. The Court finds that the mailing of the Class Notice satisfies the requirements of due process and Fed. R. Civ. P. 23.

7. The Court finds that Maloni Seyfarth fairly and adequately represented the interests of the class.

8. The Court finds that Michael D. Kinkley and Kirk D. Miller are qualified as class counsel and provided adequate representation of the class.

9. The Court finds that, for purposes of determining an attorney fee, this is a "successful action" as defined by 15 USC § 1692k(3). The Plaintiff is entitled to reasonable attorney fees and costs from the Defendant. Class counsel, Michael D. Kinkley, of Michael D. Kinkley, P.S. shall be paid reasonable costs and attorney's fees by the Reese Defendants in the amount of thirty-six thousand dollars ($36,000.00).

10. Proposed class members were to opt out on or before February 27, 2014. Motions to Intervene were to be filed on or before February 27, 2014. Any objections to



Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494

the proposed settlement were to be filed with the Clerk on or before February 27, 2014. The Final Fairness Hearing was conducted before the Honorable Benjamin H. Settle, on April 14, 2014, at 1:30 p.m.

11. A total of three hundred forty-six (346) notices were mailed.

12. A cumulative total of two hundred twenty-three (223) notices were successfully delivered. A cumulative total of one hundred twenty-three (123) notices were undeliverable.

13. No class members opted out.

14. This action and all claims and causes of action asserted therein are dismissed with prejudice and without additional costs not identified in the settlement agreement and Court Orders.

15. Without affecting the finality of this Order, this Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all class members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement, and the disbursement process. The parties have stipulated to the Court retaining jurisdiction to enforce this settlement agreement and to enter an additional attorney fee award.

16. Any disputes or controversies arising with respect to the interpretation of this Settlement shall be presented by motion to this Court.

17. The Court finds this class settlement is fair, reasonable, and adequate to the class.

/////

/////

/////



Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494

18. The terms of the Settlement Agreement are incorporated into this Order as though fully set forth herein.

IT IS SO ORDERED.

DATED this 14 day of April, 2014.

BENJAMIN H. SETTLE
United States District Judge



Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494